ROGER L. GRANDGENETT II, ESQ., Bar No. 6323
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: rgrandgenett@littler.com
           ekim@littler.com

*Attorneys for Defendant*
CORECIVIC, INC. d/b/a NEVADA SOUTHERN
DETENTION CENTER

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TERESA SAWTELLE, an Individual,<br><br>            Plaintiff,<br><br>v.<br><br>CORECIVIC, INC. d/b/a NEVADA SOUTHERN DETENTION CENTER., a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>            Defendants. | Case No. 2:21-cv-01481-JCM-BNW<br><br>**STIPULATION AND<br>ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, TERESA SAWTELLE and Defendant, CORECIVIC, INC. d/b/a NEVADA SOUTHERN DETENTION CENTER, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

/ / /

/ / /

/ / /

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: February 17, 2022

HKM EMPLOYMENT ATTORNEYS, LLP

_____
JENNY L. FOLEY, PH.D., ESQ.
SARA I. SCHREIBER, ESQ.

*Attorneys for Defendant*
CORECIVIC, INC. d/b/a NEVADA
SOUTHERN DETENTION CENTER

Dated: February 22, 2022

LITTLER MENDELSON P.C.

_____
ROGER L. GRANDGENETT II. ESQ.
EMIL S. KIM, ESQ.

*Attorneys for Defendant*
CORECIVIC, INC. d/b/a NEVADA
SOUTHERN DETENTION CENTER

**ORDER**

**IT IS SO ORDERED.**

Dated: February 25, 2022.

_____
UNITED STATES DISTRICT JUDGE

4891-7030-9899.1 / 057737-1150

LITTLER MENDELSON P C
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2